Scott E. Charney, Esq.
Thomas M. Finetti, Esq.
CHARNEY IP LAW LLC
233 Mount Airy Road – Suite 100
Basking Ridge, New Jersey 07920
(908) 758-1374

*Attorneys for Plaintiff,*
*Likwid Concepts, L.L.C.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
-------------------------------
                             :   Document Filed Electronically
Likwid Concepts, L.L.C.      :
                             :
     Plaintiff,             :   Civil Action No: _____
                             :
     V.                      :
                             :   Complaint and Jury Demand
Linzer Products, Inc. d/b/a  :
Linzer Products Corporation  :
                             :
     Defendant.             :
                             :
-------------------------------
```

Plaintiff, Likwid Concepts, L.L.C., through its counsel, for its complaint against Linzer Products, Inc. d/b/a Linzer Products Corporation, says:

**NATURE OF THE ACTION**

1. This is an action for patent infringement arising out of Defendant's infringement of U.S. Patent No. 9,084,474 ("the '474 patent") in violation of the patent laws of the Unite States, 35 U.S.C. §§ 271 and 281-285.

**PARTIES**

2.   Likwid Concepts, L.L.C. ("Likwid") is a New Jersey Limited Liability Company having offices at 1021 W Commodore Boulevard, Jackson, New Jersey 08527.

3.   Upon information and belief, Linzer Products, Inc. d/b/a Linzer Products Corporation ("Linzer") is a corporation of New York having a place of business at 248 Wyandanch Avenue, West Babylon, New York 11704.

**JURISDICTION AND VENUE**

4.   This action arises under the patent laws of the United States, Title 35 of the United States Code ("the Patent Statute").

5.   This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6.   This Court has personal jurisdiction over Defendant because Defendant has purposefully availed itself of the privilege of conducting business in this district.   For example, Defendant directly and or through intermediaries, ships, distributes, uses, sells, offers for sale, and/or advertises its products in this judicial district.   Upon information and belief, Defendant has committed infringement of the '474 patent in this district.

7.   Venue is proper in the District of New Jersey pursuant to 28 U.S.C. §1391(b), §1391(c), and §1400(b).

**COUNT 1: INFRINGEMENT OF U.S. PATENT NO. 9,084,474**

8.   The '474 patent, titled "Paint Brush Storage and Protection Device," issued on July 21, 2015.   A true and correct copy of the '474 patent is attached hereto as Exhibit A and made part of this complaint.

9.   Salvatore DePaola, Jr. and John Anthony DePaola are the named inventors of the inventions claimed in the '474 patent.

Likwid owns by assignment the entire right, title, and interest in and to the '474 patent.

10.  Linzer's products ("Accused Products"), including at least those sold under the name Paint Brush Keeper, are plastic covers for storing and protecting paint brushes.  An example of the Accused Product is shown below.



11.  The Accused Products are virtual copies of Likwid's The Paint Brush Cover™ product and compete directly with Likwid's The Paint Brush Cover™ in the marketplace.  These are the only two products of their kind currently being sold.

12.   The Accused Products are sold in retail outlets in this judicial district.

13.   Likwid is informed and believes, and on that basis alleges, that Linzer's activities vis-à-vis the Accused Products directly infringes one or more claims of the '474 patent.

14.   Likwid is informed and believes, and on that basis alleges, that Linzer's activities vis-à-vis the Accused Products contributes to or induces others' to infringe one or more claims of the '474 patent.

15.   Upon information and belief, Defendant has knowledge of the '474 patent and knowledge that its actions constitute infringement of the '474 patent.

16.   Defendant's infringement of the '474 patent is willful because Defendant continues its activities in a manner that infringes the '474 patent despite knowledge of the '474 and knowledge that its actions constitute infringement of the '474 patent.

17.   As a result of the infringement of the '474 patent by Defendant, and its role in indirect infringement, Likwid is entitled to damages pursuant to 35 U.S.C. §284 in an amount that presently cannot be pleaded but that will be determined at trial.

18.   Likwid is being irreparably harmed by Defendant's infringement of the '474 patent.

## PRAYERS FOR RELIEF

**WHEREFORE,** Likwid respectfully requests that this Court enter judgment against Defendant as follows:

A.   That Linzer infringes one or more claims of the '474 patent under 35 U.S.C. §271.

B.   That Linzer provide to Likwid an accounting of all gains, profits, and advantages derived from Linzer's infringement of the '474 patent, and that Likwid be awarded damages adequate to compensate it for the wrongful infringement by Defendant, in accordance with 35 U.S.C. § 284, together with pre-judgement and post judgement interest.

C.   That Likwid be awarded enhanced damages based on Defendant's willful infringement of the '474 patent.

D.   That Likwid be awarded any other supplemental damages and interest on all damages, including but not limited to attorneys' fees available under 35 U.S.C. §285.

E.   That the Court permanently enjoin Linzer and all those in privity therewith from making, having made, selling, offering for sale, distributing, and/or using products that infringe any claim of the '474 patent, and from contributorily infringing any claim of the '474 patent, and from actively inducing others to infringe any claim of the '474 patent, and

F.   That Likwid be awarded such other and further relief as this Court may deem just and proper, including but not limited to equitable relief and all remedies available at law.

## DEMAND FOR JURY TRIAL

Likwid Concepts, L.L.C. demands a trial by jury of twelve on all issues so triable.

Respectfully submitted,

CHARNEY IP LAW LLC
*Attorneys for Plaintiff,*
*Likwid Concepts, L.L.C.*

Dated: August 21, 2015          By:   /scott e. charney/
                                      Scott E. Charney

                                      Tel: (908) 758-1374
                                      E-mail: scott@charneyiplaw.com

## CERTIFICATION PURSUANT TO LOCAL RULE 11.2

The undersigned hereby certifies, pursuant to Local Civil Rule 11.2, that with respect to the matter in controversy herein, plaintiff or plaintiff's attorney is unaware of any other pending action, in any court, or of any pending arbitration or administrative proceeding, to which this matter is subject.

Respectfully submitted,

CHARNEY IP LAW LLC
*Attorneys for Plaintiff,*
*Likwid Concepts, L.L.C.*

Dated: August 21, 2015          By:   /scott e. charney/
                                      Scott E. Charney

                                      Tel: (908) 758-1374
                                      E-mail: scott@charneyiplaw.com

# EXHIBIT A

# U.S. Patent 9,084,474

US009084474B2

(12) **United States Patent**
DePaola, Jr. et al.

(10) Patent No.: **US 9,084,474 B2**
(45) Date of Patent: **Jul. 21, 2015**

(54) **PAINT BRUSH STORAGE AND PROTECTION DEVICE**

(71) Applicant: **Likwid Concepts L.L.C.**, Jackson, NJ (US)

(72) Inventors: **Salvatore DePaola, Jr.**, Staten Island, NY (US); **John Anthony DePaola**, Jackson, NJ (US)

(73) Assignee: **Likwid Concepts L.L.C.**, Jackson, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/870,234**

(22) Filed: **Apr. 25, 2013**

(65) **Prior Publication Data**

US 2013/0299362 A1    Nov. 14, 2013

**Related U.S. Application Data**

(60) Provisional application No. 61/638,017, filed on Apr. 25, 2012.

(51) **Int. Cl.**
| | |
|---|---|
| *B05C 17/00* | (2006.01) |
| *A46B 17/04* | (2006.01) |
| *B44D 3/12* | (2006.01) |

(52) **U.S. Cl.**
CPC ............... *A46B 17/04* (2013.01); *B44D 3/123* (2013.01); *B44D 3/125* (2013.01)

(58) **Field of Classification Search**
CPC ................................ B44D 3/123; B44D 3/125
USPC ........... 206/361, 1.7, 362.2, 362.3, 15.2, 15.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,851,521 | A | 3/1932 | Olsen | |
| 1,869,753 | A | 8/1932 | Kamm | |
| 2,485,068 | A | 10/1949 | Santana | |
| 4,423,811 | A | 1/1984 | Knapp | |
| 4,767,655 | A * | 8/1988 | Tschudin-Mahrer | 428/57 |
| 5,174,445 | A | 12/1992 | Mull | |
| 5,540,363 | A | 7/1996 | Wilson | |
| 5,645,167 | A | 7/1997 | Conrad | |
| D401,765 | S | 12/1998 | Soutullo | |
| 6,390,430 | B1 * | 5/2002 | Hawley et al. | 248/311.2 |
| D491,730 | S * | 6/2004 | Goulet et al. | D4/199 |
| D503,282 | S | 3/2005 | Murphy | |
| D511,412 | S | 11/2005 | Madrid et al. | |
| 7,207,437 | B1 | 4/2007 | Johansson | |

(Continued)

OTHER PUBLICATIONS

International Search Report dated Aug. 9, 2013.

*Primary Examiner* — Anthony Stashick
*Assistant Examiner* — James Way
(74) *Attorney, Agent, or Firm* — Charney IP Law LLC

(57) **ABSTRACT**

A paint brush storage and protection device includes an open well having an upstanding wall ending in an upper wall, the wall being continuous from one side of an opening to another; a top with an open channel extending around the perimeter of the top except at and end of an extension area; a hinge connecting the open well to the top; a seal located in the opening; a first latching mechanism associated with the open well and top opposite the hinge; and a second latching mechanism associated with the open well and top in the area of the opening. A paint brush may be placed within the well and the top closed over the well by deflection of the hinge so the upper wall forms a generally airtight connection with the open channel and the seal closes the opening to secure and protect a paint brush.

**15 Claims, 9 Drawing Sheets**



**US 9,084,474 B2**

Page 2

(56)           **References Cited**

U.S. PATENT DOCUMENTS

7,401,614 B2 *   7/2008   Ruzumna .................... 134/135
7,537,111 B2     5/2009   Hart et al.
D623,862 S       9/2010   Nitzsche
7,927,430 B2     4/2011   Hart et al.

7,987,980 B1      8/2011   Hahn
8,074,796 B1     12/2011   Andrews
2002/0157978 A1 * 10/2002   Roundy ........................ 206/361
2004/0050732 A1   3/2004   Baker
2005/0247030 A1 * 11/2005   Phillips et al. ................. 53/397

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

Case 3:15-cv-06348-PGS-LHG Document 1 Filed 08/20/15 Page 14 of 22 PageID: 14



FIG. 5



**FIG. 6**



**FIG. 7**



FIG. 8



FIG. 9



**FIG. 10**



**FIG. 11**



FIG. 12

US 9,084,474 B2

**1**

## PAINT BRUSH STORAGE AND PROTECTION DEVICE

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims the benefit of U.S. Provisional Application Ser. No. 61/638,017 entitled "Paint Brush Storage and Protection Device" filed Apr. 25, 2012, the disclosure of which is hereby incorporated by reference herein.

### BACKGROUND OF THE INVENTION

Anyone who has painted, either professionally or as a do-it-yourselfer, knows that storage and protection of paint brushes is a major concern and warrants a great deal of attention. The present invention relates to the storage and protection of paint brushes, both new and used, when not in use, including paint brushes that have been used and are still covered with paint.

Storage and protection of paint brushes is particularly paramount in the case of used wet brushes. Often, painters must cease working without completing a particular task. This may be for an extended break or at the end of the work day. Conventionally the painter would have to clean the brush in copious amounts of water and then store the brush to dry. The use of so much water and the washing of paint down the drain presents obvious environmental issues. Moreover, storage and protection of the wet brush is problematic because one needs to ensure that it does not drip needlessly while also protecting the delicate bristles and metal ferrule. Because of simple laziness, some painters will discard a used brush instead of cleaning it. This presents both economic issues for the painter as well as environmental issues.

Even for new brushes protection is important. Brushes contain delicate bristles that may be bent, pulled out, or otherwise compromised in storage and transport.

It would therefore be highly beneficial to provide a novel and effective manner of storing and protecting paint brushes, both new and used, when not in use.

### BRIEF SUMMARY OF THE INVENTION

The present invention provides this benefit by providing, in one embodiment, a paint brush storage and protection device with a base having an exterior upstanding wall ending in a shoulder, the exterior wall being discontinuous in an open stem area; a top surrounded by a U-shaped channel, the U-shaped channel being discontinuous in the open stem area; a living hinge connecting the base and the top; a first latching mechanism comprising a cantilevered tab extending from the U-shaped channel of the top, the cantilevered tab including a hook adapted to engage the shoulder of the base when the paint brush storage and protection device is closed; and a second latching mechanism comprising a pair of cantilevered tabs extending from the U-shaped channel of the top, the pair of cantilevered tabs each including a hook adapted to engage the shoulder of the base when the paint brush storage and protection device is closed. The paint brush storage and protection device may be closed by deflecting the living hinge and fitting the U-shaped channel over the shoulder of the base thereby forming an airtight seal. The paint brush storage and protection device further comprises a sealing member at the open stem area and at least one projection extending from the base toward the top when the paint brush storage and protection device is in a closed condition, the at least one projection adapted to engage a paint brush.

**2**

The paint brush storage and protection device may further comprise a magnet.

The magnet may be positioned on an exterior surface of the paint brush storage and protection device.

In accordance with a further embodiment, a paint brush storage and protection device includes an open well having an upstanding wall ending in an upper wall, the upstanding wall being continuous from one side of an opening to another; a top with an open channel, the open channel extending around the perimeter of the top except at and end of an extension area; a hinge connecting the open well to the top; a seal located in the opening; a first latching mechanism associated with the open well and top opposite the hinge; and a second latching mechanism associated with the open well and top in the area of the opening. A paint brush may be placed within the well and the top may be closed over the well by deflection of the hinge such that the upper wall forms a generally airtight connection with the open channel and the seal closes the opening to secure and protect a paint brush, the first and second latching mechanisms serving to secure the top to the open well.

The paint brush storage and protection device may further comprise a magnet. The magnet may be positioned on an exterior surface of the paint brush storage and protection device.

The paint brush storage and protection device may further comprise at least one projection extending from within the open well generally parallel to the upstanding wall, the projection adapted to engage a paint brush when placed in the open well. The at least one projection may be a linear projection. The at least one projection may be geometrically shaped or non-geometrically shaped.

The device may be generally translucent.

The second latching mechanism may comprise a pair of cantilevered tabs extending from the open channel of the top, the pair of tabs each including a hook adapted to engage the upstanding wall upper end when the paint brush storage and protection device is closed. The first latching mechanism may comprise a cantilevered tab extending from the open channel of the top, the cantilevered tab including a hook adapted to engage the upstanding wall upper end when the paint brush storage and protection device is closed. The seal may be open cell foam.

In a further embodiment, a method of protecting and storing a paint brush in a paint brush storage and protection device is provided, where the paint brush storage and protection device has a base forming a well; a top; first, second, and third locking mechanisms to secure the top against the base in an airtight manner; and an open stem area with a seal; the method comprises placing a paint brush in the well of the base of the paint brush storage and protection device; closing the top of the paint brush storage and protection device to enclose at least the bristles of the brush; securing the first locking mechanism; securing the second locking mechanism; securing the third locking mechanism; whereby the steps of closing and securing deform the seal around the stem of the paint brush.

The paint brush storage and protection device may further comprise a projection on an interior thereof, the method therefore further comprising placing the bristles of the paint brush against the projection.

Inventive devices are particularly useful for protecting the bristles of a paint brush, whether wet or dry, and for storing a wet paint brush in an air-tight enclosure for preservation during painting projects.

### BRIEF DESCRIPTION OF THE DRAWINGS

The subject matter regarded as the invention is particularly pointed out and distinctly claimed in the concluding portion

US 9,084,474 B2

**3**

of the specification. The invention, however, both as to organization and method of operation, together with features, objects, and advantages thereof, will be or become apparent to one with skill in the art upon reference to the following detailed description when read with the accompanying drawings. It is intended that any additional organizations, methods of operation, features, objects or advantages ascertained by one skilled in the art be included within this description, be within the scope of the present invention, and be protected by the accompanying claims.

With respect to the drawings,

FIG. **1** is an isometric view of a paint brush storage and protection device in a fully open condition;

FIG. **2** is an isometric view of the paint brush storage and protection device of FIG. **1** in the fully closed condition;

FIG. **3** is an isometric view of the paint brush storage and protection device of FIG. **1** in a partially open condition;

FIG. **4** is a top plan view of the paint brush storage and protection device of FIG. **1** in the fully open condition;

FIG. **5** is a bottom plan view of the paint brush storage and protection device of FIG. **1** in the fully open condition;

FIG. **6** is a left side view of the paint brush storage and protection device of FIG. **1** in the fully open condition;

FIG. **7** is a right side view of the paint brush storage and protection device of FIG. **1** in the fully open condition;

FIG. **8** is a frontal view of the paint brush storage and protection device of FIG. **1** in the fully open condition;

FIG. **9** is a rear view of the paint brush storage and protection device of FIG. **1** in the fully open condition;

FIG. **10** is a cross-sectional view of the paint brush storage and protection device of FIG. **1** in the fully open condition;

FIG. **11** is a cross-sectional view of the paint brush storage and protection device of FIG. **1** in the fully closed condition; and

FIG. **12** is an isometric view of a paint brush placed within the paint brush storage and protection device of FIG. **1** in the open condition.

DETAILED DESCRIPTION

In the following are described the preferred embodiments of the vertically expandable receptacle of the present invention. In describing the embodiments illustrated in the drawings, specific terminology will be used for the sake of clarity. However, the invention is not intended to be limited to the specific terms so selected, and it is to be understood that each specific term includes all technical equivalents that operate in a similar manner to accomplish a similar purpose. Where like elements have been depicted in multiple embodiments, identical reference numerals have been used in the multiple embodiments for ease of understanding.

As shown in the numbered drawing figures, and beginning with FIG. **1**, in one embodiment a paint brush storage and protection device **100** is comprised of an enclosure **102** and a two part seal consisting of a flat seal **104**A and a U-seal **104**B. The enclosure comprises a base **106** and a top **108** connected by hinge **110**. Preferably the hinge **110** is a living hinge formed from the same material as the remainder of the enclosure **102**.

The base **106** includes an upstanding wall **112** which is continuous from an open stem area **114**, around the perimeter of the base, and back to the open stem area. The upstanding wall **112** forms a shoulder **116** at the upper wall area thereof. As will be seen in further views, the shoulder **116** at the upper wall is formed as a built up area of material which serves to

**4**

provide rigidity to the upstanding wall **112** as well as forming a portion of an airtight seal with other components of the enclosure **102**.

It will be appreciated that the base **106** is shaped to accommodate a standard paintbrush and includes a large main area **118** that tapers to an opening **120** in the open stem area **114**. Thus, the body and bristles of a paintbrush may be laid within the main area **118** while the handle of the paintbrush extends out of the opening **120** in the open stem area **114**. A paint brush P in such a configuration is shown in FIG. **12**. The combination of the main area **118** and open stem area **114** may be referred to as a well for receiving a paintbrush, the well being formed by the upstanding wall **112**.

Also provided in the main area **118** are a series of raised projections **122**A, **122**B, **122**C. In the embodiment shown there are three such projections, however a greater or lesser number may also be provided. Also, in the embodiment shown the projections **122**A, **122**B, **122**C are generally cylindrical. In other embodiments the projections may take on other geometric or non-geometric shapes. The projections **122**A, **122**B, **122**C serve to cooperate with the paint brush, preferably in the bristle area just adjacent to the metal binding, to hold the paint brush securely within the base **106**.

As discussed, there is located a U-shaped seal **104**B in the open stem area **114** of the base **106**. The U-shaped seal **104**B is typically configured from open cell foam but may also be configured from closed cell foam, rubber, or other resilient materials. The principal function of the U-shaped seal **104**B is to cooperate with the flat seal **104**A to provide an airtight seal around the handle of a paintbrush when the paint brush storage and protection device is in a closed condition. The seal also helps to ensure that the paint brush does not shift within the enclosure **102** by fitting snugly around the handle of the paint brush.

The remainder of the enclosure **102**, including the base **106**, top **108**, and hinge **110**, are preferably formed as a unitary component from various plastics such as polyethylene. Most preferably, the material is transparent or translucent such that the within paintbrush can be viewed. In situation where multiple paint brush storage and protection devices are utilized by a user, transparent or translucent cases permit the user to view the color of paint on the stored paint brush.

The top **108** is generally planar with a main area **124** tapering to a stem area **126**. It is at the stem area **126** where the flat seal **104**A is located. Appreciably, the main area **124** of the top **108** corresponds to the main area **118** of the base **106** while the stem area **126** of the top corresponds to the open stem area **114** of the base. The stem area **126** of the top **108** may also be referred to as an extension area.

Around the perimeter of the top **108** is formed a U-shaped channel or open channel **128**. The U-shaped channel **128** is most clearly shown in FIG. **10** where one will appreciate that the U-shaped channel includes a bridge section **130** between two walls **132**A, **132**B. As shown in FIG. **11**, when the paint brush storage and protection device **100** is in a closed condition, the U-shaped channel **128** fits snugly over the shoulder **116** of the upstanding wall **112**. This arrangement provides an airtight seal between the two components.

In order to aid in the closure process, the paint brush storage and protection device **100** includes latching means. In the embodiment shown, the latching means come in two forms, a first latching mechanism **130** and a second latching mechanism **133**. The first latching mechanism **130** comprises a cantilevered tab **134** extending from the U-shaped channel **128** of the top **108**. As shown in FIG. **10**, the cantilevered tab **134** extends from a portion of wall **132**B and culminates in a

US 9,084,474 B2

**5**

hook **136** that is shaped and configured to clasp the underside of the shoulder **116** as shown in FIG. **11** when the first paint brush storage and protection device **100** is closed. For ease in opening and closing the first latching mechanism **130**, the mechanism is provided with a handle **138**. As shown in the figures, the first latching mechanism **130** is preferably associated with the main area **124** of the top **108**.

The second latching mechanism **133** comprises a pair of cantilevered tabs **140**A, **140**B, best shown in FIG. **9** (it will be appreciated that the cantilevered tabs **140**A, **140**B may also be referred to separately as second and third latching mechanisms). The cantilevered tabs **140**A, **140**B operate in a manner similar to that of cantilevered tab **134** and include a hook section that clasps with the underside of shoulder **116**. The second latching mechanism **133** is preferably located on either side of the stem area of the top **108** and aid in compressing the flat seal **104**A and U-shaped seal **104**B against the handle of a paintbrush when the paint brush storage and protection device **100** is closed. In some embodiments, not all of the locking mechanisms need be included.

In order to properly close the paint brush storage and protection device it is preferred that a user begin by latching the first latching mechanism **130** and then separately latch the two parts of the second latching mechanism **133**. Thus the top **108** can first be properly positioned over the base **106** before the second latching mechanism **133** is fully secured. Of course, the second latching mechanism **133** can be latched first or simultaneously.

In some embodiments of the paint brush storage and protection device **100**, there may be included one or more magnets **142**. Preferably, the magnet(s) **142** is located on the backside of the base **106**. The magnet(s) **142** may be formed from known ferromagnetic materials such as iron, nickel, cobalt or rare earth metal alloys and are provided so the paint brush storage and protection device **100** may be magnetically attached to a metal object such as a paint can, ladder, or the like.

The paint brush storage and protection device **100** functions to store paint brushes and protect the bristles thereof from fraying. When storing a wet brush, it also aids in lessoning rusting of the metal bristle band encasing the base of the bristles. It may also be utilized as a temporary holding bin for brushes in use. In order to use the device, one simply inserts the bristles and lower portion of the brush handle into the well of the base **106** and closes the top **108** cover. For proper closure, one must provide sufficient force to cause the U-shaped channel **128** to seal against the shoulder **116** and for the latch mechanism **130** to latch. If so provided, the user may also have to separately ensure that the second latch mechanism **133** is secured by squeezing the mechanisms together at the open stem area **114**.

FIG. **2** depicts an isometric view of the paint brush storage and protection device **100** of FIG. **1** in the fully closed condition. Here, the top **108** is closed over the base **106** with the latching mechanisms **130**, **133** fully closed. In the view shown, a paint brush handle would protrude from the opening **120** if a paint brush were in use.

FIG. **3** is an isometric view of the paint brush storage and protection device **100** of FIG. **1** in a partially closed condition. Notably, the top **108** is ajar from the base **106** and the latching mechanisms **130**, **133** are fully open.

FIG. **4** is a top plan view of the paint brush storage and protection device of FIG. **1** in the fully open condition.

FIG. **5** is a bottom plan view of the paint brush storage and protection device of FIG. **1** in the fully open condition. Shown in this view is a magnet **142**. Such a magnet is optional and may not be included in all embodiments.

**6**

FIG. **6** is a left side view of the paint brush storage and protection device of FIG. **1** in the fully open condition.

FIG. **7** is a right side view of the paint brush storage and protection device of FIG. **1** in the fully open condition.

FIG. **8** is a frontal view of the paint brush storage and protection device of FIG. **1** in the fully open condition.

FIG. **9** is a rear view of the paint brush storage and protection device of FIG. **1** in the fully open condition.

FIG. **10** is a cross-sectional view of the paint brush storage and protection device of FIG. **1** in the fully open condition.

FIG. **11** is a cross-sectional view of the paint brush storage and protection device of FIG. **1** in the fully closed condition.

FIG. **12** is an isometric view of a paint brush placed within the paint brush storage and protection device of FIG. **1** in the open condition.

Although the invention herein has been described with reference to particular embodiments, it is to be understood that these embodiments are merely illustrative of the principles and applications of the present invention. It is therefore to understood that numerous modifications may be made to the illustrative embodiments and that other arrangements may be devised without departing from the spirit and scope of the present invention as defined by the appended claims.

The invention claimed is:

1. A paint brush storage and protection device comprising:
a base having an exterior upstanding wall ending in a shoulder, the exterior wall being discontinuous in an open stem area;
a top surrounded by a U-shaped channel, the U-shaped channel being discontinuous in said open stem area such that said U-shaped channel includes parallel portions on opposite sides of said open stem area, said parallel portions being on different planes in their length direction with respect to a longitudinal axis of the device;
a living hinge connecting said base and said top;
a first latching mechanism comprising a cantilevered tab extending from said U-shaped channel of said top, said cantilevered tab including a hook adapted to engage said shoulder of said base when said paint brush storage and protection device is closed;
a second latching mechanism comprising a pair of cantilevered tabs extending from said U-shaped channel of said top, said pair of cantilevered tabs each located on opposite sides of said parallel portions and including a hook adapted to engage said shoulder of said base when said paint brush storage and protection device is closed;
wherein said paint brush storage and protection device may be closed by deflecting said living hinge and fitting said U-shaped channel over said shoulder of said base thereby forming an airtight seal;
said paint brush storage and protection device further comprising a sealing member at said open stem area.

2. The paint brush storage and protection device as claimed in claim **1**, further comprising a magnet.

3. The paint brush storage and protection device as claimed in claim **2**, wherein said magnet is positioned on an exterior surface of said paint brush storage and protection device.

4. The paint brush storage and protection device of claim **1**, further comprising at least one projection extending from said base toward said top when said paint brush storage and protection device is in a closed condition, said at least one projection adapted to engage a paint brush.

5. A paint brush storage and protection device comprising:
an open well having an upstanding wall ending in an upper wall, the upstanding wall being continuous from one side of an opening to another;

US 9,084,474 B2

7

a top with an open channel, the open channel extending around the perimeter of the top except at an end of an extension area;

a hinge connecting the open well to the top;

a seal located in the opening;

a first latching mechanism associated with the open well and top opposite the hinge;

and a second latching mechanism associated with the open well and top in the area of the opening, the second latching mechanism comprising a pair of latches disposed on parallel portions of said upstanding wall and open channel, the parallel portions being on separate planes in their length direction with respect to a longitudinal axis of the device and each being located on opposite sides of, and directly adjacent to, said seal;

wherein a paint brush may be placed within the well and the top may be closed over the well by deflection of the hinge such that the upper wall forms a generally airtight connection with the open channel and the seal closes the opening to secure and protect a paint brush, the first and second latching mechanisms serving to secure the top to the open well.

**6**. The paint brush storage and protection device as claimed in claim **5**, further comprising a magnet.

**7**. The paint brush storage and protection device as claimed in claim **6**, wherein said magnet is positioned on an exterior surface of said paint brush storage and protection device.

**8**. The paint brush storage and protection device as claimed in claim **5**, further comprising at least one projection extending from within said open well generally parallel to said upstanding wall, said projection adapted to engage a paint brush when placed in said open well.

**9**. The paint brush storage and protection device as claimed in claim **8**, wherein said at least one projection is a linear projection.

**10**. The paint brush storage and protection device as claimed in claim **5**, wherein said device is generally translucent.

8

**11**. The paint brush storage and protection device as claimed in claim **5**, wherein said second latching mechanism comprises a pair of cantilevered tabs extending from said open channel of said top, said pair of tabs each including a hook adapted to engage said upstanding wall upper end when said paint brush storage and protection device is closed.

**12**. The paint brush storage and protection device as claimed in claim **11**, wherein said first latching mechanism comprises a cantilevered tab extending from said open channel of said top, said cantilevered tab including a hook adapted to engage said upstanding wall upper end when said paint brush storage and protection device is closed.

**13**. The paint brush storage and protection device of claim **12**, wherein said seal is open cell foam.

**14**. A method of protecting and storing a paint brush in a paint brush storage and protection device having a well; a top; first, second, and third locking mechanisms to secure the top against the base in an airtight manner; and an open stem area with a seal, the second and third locking mechanisms extending along separate planes parallel to each other in their length direction with respect to a longitudinal axis of the device while being directly adjacent to, and on opposite sides of, the seal; said method comprising:

placing a paint brush in the well of the base of the paint brush storage and protection device;

closing the top of the paint brush storage and protection device to enclose at least the bristles of the paint brush;

securing the first locking mechanism;

securing the second locking mechanism;

securing the third locking mechanism;

whereby said steps of closing and securing deform the seal around the stem of the paint brush.

**15**. The method of protecting and storing a paint brush as claimed in claim **14**, wherein the paint brush storage and protection device further comprises a projection on an interior thereof, the method further comprising placing the bristles of the paint brush against the projection.

\* \* \* \* \*